Abel Acosta, Clerk

Re: Michael Oliver Smith
vs
The State of Texas
Appeal No. 02-13-0319CR
Trial Court No. 52,047-B

Greetings:
On June 4th 2015 the Court of Criminal Appeals granted an extension of the time to file a PDR. However at this point and time I have no basis for the task because I have never recieved a copy of the Second Distracts Courts opinion.

I have written to Mark Barber my court appointed attorney who filed the appeal on my behalf and asked him twice to please send me a copy of the courts opinion and he has refused to acknowledge my request.

Then I have written the Second District Court in Ft. Worth exsplaining this problem and have requested them to send me a copy of the courts opinion. They to have failed to acknowledge my request.

Finally I am asking that the Courts

of Criminal Appeals of Texas please send me a copy of the courts opinion so that I am equipped for the task of filing my PDR pro se.

Your kind assistance in this matter will be profoundly appreciated.

Cordially
Michael O Smith

Michael Oliver Smith
#1873307
Michael Unit, 2664 fm 2054
Tennessee Colony, Texas
75886